**Order entered December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01158-CV

## IN RE JAMES DONDERO, Relator

**Original Proceeding from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-16417**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **LIFT** the Court's October 4, 2018 stay of the trial court's September 27, 2018 enforcement order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE